On appellant's reconsideration filed April 12,
reconsideration allowed, former opinion filed March 15
(56 Or App 592, 643 P2d 424) adhered to August 11, 1982

In the Matter of Rita Melissa Rodriguez,
a Child.
STATE ex rel JUVENILE DEPARTMENT
OF GRANT COUNTY,
*Respondent,*
*v.*
RODRIGUEZ,
*Appellant.*
(No. 1232 & 1238 CA A21863)
648 P2d 1360

Mike Kilpatrick, and Kilpatricks & Pope, Mt. Vernon, for petition.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Daryl Dodson Wilson, Assistant Attorney General, Salem, contra.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

## PER CURIAM.

Appellant petitions for reconsideration of our decision affirming the termination of his parental rights. *State ex rel Juv. Dept. v. Rodriguez,* 56 Or App 592, 643 P2d 424 (1982). He contends the state did not prove the allegations by clear and convincing evidence as required by *Santosky v. Kramer,* 455 US 745, 102 S Ct 1388, 71 L Ed 2d 599 (1982). The petition for reconsideration is granted. We have reexamined the record in light of *State ex rel Juv. Dept. v. Farrell,* 55 Or App 897, 640 P2d 652, *rem'd* 292 Or 822, *modified* 58 Or App 258, 648 P2d 401 (1982), and adhere to our prior decision.